## SUTTON ag<sup>t</sup> WOODCOCK

John Sutton of Scituate Carpenter plaint. ag<sup>t</sup> William Woodcock of Hingham Defend<sup>t</sup> in an action of the case to the value of One

hundred pounds for that the s$^d$ Woodcock in the month. of aug$^o$ 1676. did apprehend the s$^d$ John Sutton upon his own land at Connihasset in hingham and delivered him the s$^d$ Sutton as a Felon to the Constable of Hingham and was so carryed by the s$^d$ Constable to Boston before authority, the s$^d$ Woodcock chargeing the s$^d$ Sutton with Stealing his hey or grass whereby the s$^d$ Sutton is defam$^d$ with all due damages etc. . . . The Jury . . . found for [453] the plaint. six Shillings eight pence mony damages & costs of Court allowed thirty four Shillings ten pence.